UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KEVIN CALDWELL, aka
MANSA KI-EL MANSA,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**INTRODUCTION**

At times relevant to this indictment:

1. Kevin Caldwell ("CALDWELL") was a resident of the Western District of Michigan.

2. CALDWELL, using the alias "Mansa Ki-El Mansa," held himself out as the representative of the "United Nations of Chippewa, Ottawa, & Potawatomi," ("UNCOP") a fictitious Indian nation with no relation to any actual Indian nation of those names. He further held himself out as the representative of the entities "LOVE NATION," and "Moneyverse Global Blockchain Tribe," which he described as "Tribal Government Agencies."

3. CALDWELL held himself out as the Chief Executive Officer of "Mound Builders" (sometimes spelled "Moundbuilders"), a fictitious Real Estate Investment Trust.

4. An actual Real Estate Investment Trust ("REIT") is a company that owns, operates, or finances income-producing real estate. Real estate developers can use REITs to raise capital for commercial projects like apartment buildings or shopping centers, and individual investors can buy shares in a REIT, like buying stock in a corporation.

5. A REIT does not pay corporate taxes on its regular income (for example, rents received) because that income is passed on to the shareholders, who report it on their individual tax returns. To qualify as a REIT for tax purposes, a company must meet guidelines set forth in the Internal Revenue Code. Among other things, it must have more than 100 shareholders after the first year, and must distribute at least 90% of its income to the shareholders as dividends each year.

6. A REIT may also have long-term capital gains that are not distributed to the shareholders. For example, a commercial property owned by the REIT may increase in market value, but that value is not distributed until the property is sold. A REIT calculates its net long-term capital gains each year, and pays capital gains tax directly to the Internal Revenue Service ("IRS").

7. A REIT must annually file a special tax return called an IRS Form 1120 REIT ("U.S. Income Tax Return for Real Estate Investment Trusts"). It can claim various credits on that return, including for taxes already paid on undistributed capital gains. If the applicable credits are more than the REIT's tax liability, the REIT can claim and receive a refund.

## **The Scheme and Artifice**

8. In early 2026, CALDWELL submitted a series of fraudulent tax returns and supporting documents to claim refunds to which he knew he was not entitled. Specifically, he sent the IRS bogus financial instruments as payment for taxes his fictitious REIT supposedly owed, and then demanded the U.S. Treasury repay the supposed overpayment. By so doing, CALDWELL caused the IRS to issue him a Treasury check for $24,570,000.

### The Walk-in Visit and 2023 Individual Income Tax Return

9. On January 13, 2026, CALDWELL walked into the IRS Taxpayer Assistance Center in Grand Rapids, Michigan, and hand-filed his Form 1040 (U.S. Individual Income Tax Return) for 2023. On the return, CALDWELL said he was employed in "Tribal Governance," and reported that he had earned $39,000,000 in interest income that year from "Love Nation" and "Moneyverse Global Blockchain Tribe."

10. In support, CALDWELL handed the IRS documents on the letterhead of the fictitious "United Nations of Chippewa, Ottawa and Potawatomi." According to the letters, "Love Nation" and "Moneyverse Global Blockchain Tribe" promised to pay CALDWELL a total of $39,000,000 worth of "Love Notes" each year, beginning in 2022.

11. On the same date, CALDWELL submitted an IRS Form W-8BEN (Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting). Form W-8BEN is used by non-U.S. individuals to

certify their foreign status and claim tax treaty benefits. CALDWELL signed the form as the authorized representative of "Kiel Mansa," and attested that "Kiel Mansa" was a foreign citizen of "Love Nation (Indian Country)."

12. CALDWELL also handed the IRS what purported to be a "20-year REIT Investment Agreement" between himself as an individual investor, and himself as Chief Executive Officer of "Moundbuilders." According to the document, CALDWELL agreed to invest $39,000,000 worth of "Love Notes" every year in Moundbuilders, and Moundbuilders promised to withhold 21% ($8,190,000) each year to pay federal taxes.

13. On his IRS Form 1040, CALDWELL attested that he had made a tax overpayment of $8,190,000 in 2023, and demanded a refund in that amount.

<u>The 2023 REIT Claim</u>

14. On or about February 19, 2026, CALDWELL mailed an IRS Form 1120-REIT for "Moundbuilders," for 2023 to the IRS Service Center in Ogden, Utah. On the form and its attachments, CALDWELL attested that Moundbuilders had $39,000,000 in undistributed capital gains, and owed $8,190,000 in capital gains tax.

15. CALDWELL enclosed a false and fictitious instrument which claimed to be a "Bill of Exchange" drawn on "Moneyverse Financial Holding Company." The instrument purported to pay the U.S. Treasury $9,828,000 to cover Moundbuilders' supposed capital gains tax and any late fees.

16. On Moundbuilders' IRS Form 1120-REIT for 2023, CALDWELL claimed that Moundbuilders had overpaid the IRS $8,190,000 in capital gains tax, and demanded a refund in that amount.

<u>The 2024 REIT Claim</u>

17. On or about February 19, 2026, CALDWELL mailed an IRS Form 1120-REIT for "Moundbuilders," for 2024 to the IRS Service Center in Ogden, Utah. On the form and its attachments CALDWELL attested that Moundbuilders had $78,000,000 in undistributed capital gains, and owed $16,380,000 in capital gains tax.

18. CALDWELL enclosed a false and fictitious instrument which claimed to be a "Bill of Exchange" drawn on "Moneyverse Financial Holding Company." The instrument purported to pay the U.S. Treasury $19,828,000 to cover Moundbuilders' supposed capital gains tax and any late fees.

19. On Moundbuilders' IRS Form 1120-REIT for 2024, CALDWELL claimed that Moundbuilders had overpaid the IRS $16,380,000 in capital gains tax, and demanded a refund in that amount.

<u>The 2025 REIT Claim</u>

20. On or about February 19, 2026, CALDWELL mailed an IRS Form 1120-REIT for "Moundbuilders," for 2025 to the IRS Service Center in Ogden, Utah. On the form and its attachments, CALDWELL attested that Moundbuilders had $117,000,000 in undistributed capital gains, and owed $24,570,000 in capital gains tax.

21. CALDWELL enclosed a false and fictitious instrument which claimed to be a "Bill of Exchange" drawn on "Moneyverse Financial Holding Company." The instrument purported to pay the U.S. Treasury $33,084,000 to cover Moundbuilders' supposed capital gains tax and any late fees.

22. On Moundbuilders' IRS Form 1120-REIT for 2025, CALDWELL claimed that Moundbuilders had overpaid the IRS $24,570,000 in capital gains tax, and demanded a refund in that amount.

23. On March 31, 2026, as a result of CALDWELL's false claim, the IRS Service Center in Ogden, Utah issued a U.S. Treasury Check payable to Moneyverse / Mound Builders for $24,570,000, which was mailed to CALDWELL at the address he provided in Battle Creek, Michigan.

## <u>COUNTS 1-4</u>
(Mail Fraud)

The Grand Jury realleges the allegations contained in the Introduction to this Indictment as if fully set forth herein.

On the dates set forth below, in Calhoun County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

**KEVIN CALDWELL,**
**aka "MANSA KI EL MANSA,"**

with the intent to defraud, devised a scheme to defraud the United States Treasury, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

On or about each of the dates set forth below, the defendant, for the purpose of executing the scheme described above, knowingly caused to be delivered by mail, according to the direction thereon, the following matter:

| Count | Date | Description |
|---|---|---|
| 1 | February 19, 2026 | 2023 IRS Form 1120-REIT for Mound Builders |
| 2 | February 19, 2026 | 2024 IRS Form 1120-REIT for Mound Builders |
| 3 | February 19, 2026 | 2025 IRS Form 1120-REIT for Mound Builders |
| 4 | March 31, 2026 | United States Treasury Check for $24,570,000 |

**18 U.S.C. § 1341**

## COUNTS 5-8

(False Claims)

The Grand Jury realleges the allegations contained in the Introduction to this Indictment as if fully set forth herein.

On the dates set forth below, in Calhoun County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

**KEVIN CALDWELL,**
**aka "MANSA KI-EL MANSA,"**

made and presented to the Internal Revenue Service claims upon the United States Treasury, knowing that the claims were false, fictitious and fraudulent:

| Count | Date | Form | Description of Claim |
|---|---|---|---|
| 5 | January 13, 2026 | 2023 IRS Form 1040 for Kevin CALDWELL | Claim for $8,190,000 tax refund |
| 6 | February 19, 2026 | 2023 IRS Form 1120-REIT for Moundbuilders | Claim for $8,190,000 tax refund |
| 7 | February 19, 2026 | 2024 IRS Form 1120-REIT for Moundbuilders | Claim for $16,380,000 tax refund |
| 8 | February 19, 2026 | 2025 IRS Form 1120-REIT for Moundbuilders | Claim for $24,570,000 tax refund |

**18 U.S.C. § 287**

**COUNT 9**
(Theft of Public Money)

The Grand Jury realleges the allegations contained in the Introduction to this Indictment as if fully set forth herein.

On or about April 15, 2026, in Calhoun County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

**KEVIN CALDWELL,**
**aka "MANSA KI-EL MANSA,"**

stole and knowingly converted to his own use a thing of value and money of the United States in an amount exceeding $1,000, that is, a U.S. Treasury Check made payable to "Moneyverse Mound Builders" in the amount of $24,570,000.

**18 U.S.C. § 641**

## FORFEITURE ALLEGATION

(Mail Fraud)
(Theft of Public Money)

The allegations contained in Counts 1-9 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of one or more of the offenses in violation of 18 U.S.C. § 1341 or 18 U.S.C. § 641 set forth in this Indictment, the defendant,

**KEVIN CALDWELL, aka**
**MANSA KI-EL MANSA,**

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money equal to at least $ 213,000.01, which represents the proceeds traceable to the offense.

SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)
21 U.S.C. § 853(p)
18 U.S.C. § 641
18 U.S.C. § 1341

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

NILS R. KESSLER
Assistant United States Attorney