UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

KEVIN CALDWELL

Defendant(s).

Case No. 1:26-cr-93

Hon. Paul L. Maloney

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. DISCOVERY

A. Statements of Defendant

1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

IRS-CI interviews 1/13/26, 8/28/26, 9/8/26
Arrest 9/9/26

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by September 18, 2026.

2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

Audio recordings of IRS-CI interviews 1/13/26, 8/28/26, 9/8/26
Arrest 9/9/26

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by September 18, 2026.

B. Defendant's Prior Record (Rule 16(a)(1)(D))

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☒ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects (Rule 16(a)(1)(E))

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:

- ☐ Drug Paraphernalia ☐ Drug Records ☐ Inventory (attached)
- ☐ Controlled Substances: ____
- ☒ Records: Tax returns & attachments, bank records, postal records
- ☐ Firearms: ____
- ☐ Other: Social media posts, cell phone, laptop

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:

- ☐ State
- ☒ Federal:

| Case No. | | Re: |
|---|---|---|
| Case No. | 1:26-mj-362 | Kevin Caldwell |
| Case No. | 1:26-mj-363 | 183 West St. Apt 510, Battle Creek |
| Case No. | 1:26-mj-371 | 538 Hamblin W., Battle Creek |

☒ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with:
SA Salvatore Pizzo, IRS-CI

D. Reports of Examinations and Tests (Rule 16(a)(1)(F))

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:

- ☐ Drug Analysis ☐ Handwriting ☐ Fingerprints
- ☐ DNA ☐ Firearms/Nexus ☐ Gun Operability
- ☒ Computer Forensics ☐ Other: ____

E. Reciprocal Discovery

☒ The Government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☐ The Government does not presently intend to introduce 404(b) evidence.

☒ The Government does presently intend to introduce the following 404(b) evidence:

Additional IRS tax filings, including Forms 1040 for uncharged years 2022-present.

☐ The Government will provide pretrial notice of 404(b) evidence by ____________________.

G. Other Discovery Matters

II. TRIAL

A. The Government requests a ☒ jury ☐ non-jury trial.

B. The length of trial excluding jury selection is estimated at 3-4 days.

III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

No consideration for pleas entered less than 2 weeks prior to final pretrial conference.

Date September 9, 2026

Nils R. Kessler
Counsel for the United States