UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN CALDWELL,

Defendant.

Case No. 1:26−cr−00093−PLM

Hon. Paul L. Maloney

______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing<br>Initial Pretrial Conference |
| Date/Time: | September 11, 2026 01:00 PM<br>*(previously set for same date at 3:00 PM*) |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

SALLY J. BERENS
U.S. Magistrate Judge

Dated: September 11, 2026

By: /s/ Jenny Norton
Courtroom Deputy