UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN CALDWELL,

Defendant.
_______________________________/

Case No. 1:26-cr-093

Hon. Paul L. Maloney
United States District Judge

**DEFENDANT'S MOTION FOR COMPETENCY EXAMINATION AND BRIEF IN SUPPORT**

Now comes Kevin Caldwell, by and through his attorney, Pedro Celis, Assistant Federal Public Defender, and hereby moves this Court to order the defendant to undergo examinations to determine his current mental competency and his criminal responsibility at the time of the offense, pursuant to 18 U.S.C. § 4241(a) and 18 U.S.C. § 4242(a). Counsel believes such examinations are necessary to protect the defendant's right to due process in these proceedings and requests that psychiatric and/or psychological examinations of Mr. Caldwell be conducted, and the results of those examinations be filed with this Court pursuant to 18 U.S.C. § 4247(c). Defense counsel has consulted with Assistant United States Attorney Nils R. Kessler. The government does not object to defense counsel's motion for examinations pursuant to 18 U.S.C. §§ 4241(a) and 4242(a).

**I. Background**

Mr. Caldwell was charged by Indictment on September 2, 2026, with four counts of mail fraud, four counts of false claims against the United States, and one count of theft of

public money. (ECF No. 2, Indictment, PageID.12-20). On September 9, 2026, Mr. Caldwell appeared in court for his first appearance and arraignment with undersigned counsel present. (ECF No. 6, Minutes, PageID.92). On September 11, 2026, Mr. Caldwell returned to court with undersigned counsel for his initial pretrial conference and detention hearings. (ECF No. 15, Minutes, PageID.115). He was detained pending trial in this matter. (ECF No. 16, Order of Detention, PageID.116).

**II. Request for Psychiatric and/or Psychological Examination**

There is reasonable cause to believe that Mr. Caldwell may presently be suffering from a mental disease or defect that renders him unable to understand these proceedings or to rationally assist in his defense. Additionally, counsel's concerns potentially call into question criminal responsibility at the time of the charged offense.

Defense counsel and his staff have met and spoken with Mr. Caldwell on multiple occasions since being appointed. Additionally, counsel and his staff have begun a preliminary review of the discovery materials and received written materials from Mr. Caldwell. Based on these sources, counsel is concerned that Mr. Caldwell suffers from a mental impairment that may impact his ability to assist in his defense. Specifically, Mr. Caldwell may suffer from an impairment that causes delusions. Additionally, counsel has not yet filed a notice under Federal of Rule Criminal Procedure 12.2 that the defendant intends to rely on the defense of insanity or diminished capacity. However, based on the same reasons underlying his concerns about Mr. Caldwell's competency, counsel believes that it is possible—or even likely—that counsel may file such notice in the future. Accordingly, if the Court grants Mr. Caldwell's motion to determine competency, counsel maintains it would be more efficient for Mr. Caldwell's

criminal responsibility examination to take place at the same time. Otherwise, Mr. Caldwell would need to be transported to and from the Bureau of Prison's medical facilities two separate times. By ordering both examinations to take place at the same time, the Court would conserve the government's resources and minimize the delay to Mr. Caldwell's case.

### III. Conclusion and Relief Requested

Under 18 U.S.C. § 4241(a), it is within the Court's discretion to order an evaluation of the defendant's competency. Similarly, under 18 U.S.C. § 4242(a), the Court has the discretion to order an examination and report to determine criminal responsibility. Mr. Caldwell, through counsel, is requesting both of these examinations.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

Dated: September 29, 2026

/s/ Pedro Celis
PEDRO CELIS
Assistant Federal Public Defender
50 Louis NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420